1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  MARC PRICE WOLF (CABN 254495)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436- 6488
7       FAX: (415) 436-7234
        marc.wolf@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,        )   NO. CR 00-00246 MAG
14                                  )
           Plaintiff,                )  NOTICE OF DISMISSAL
15                                  )
       v.                            )
16                                  )
   BRUCE BRUCHLER,                  )
17                                  )
           Defendant.                )
18 _____ )

19
        With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
20
   States Attorney for the Northern District of California dismisses the above information without
21
   prejudice and moves that the Court quash the arrest warrant issued in connection with the information in
22
   this case.
23

24 DATED:                                        Respectfully submitted,

25                                               MELINDA HAAG
                                                 United States Attorney
26

27                                                   /s/
                                                 MARC PRICE WOLF
28                                               Assistant United States Attorney


   NOTICE OF DISMISSAL (CR 00-00246)

1
2    Leave is granted to the government to dismiss the indictment. It is further ordered that the arrest
3  warrant issued in connection with the information is quashed.
4
5
6  Date: March 4, 2015
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF DISMISSAL (CR 00-00246)